ACCEPTED
01-18-00165-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/19/2018 1:57 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 2017-58042

| | | |
|---|---|---|
| ZACH KRACHINSKI, ET AL | § | IN THE  DISTRICT COURT |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| VORTEK AVIATION LLC, ET AL | § | 165TH DISTRICT |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/19/2018 1:57:50 PM
CHRISTOPHER A. PRINE
Clerk

### NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Vortek Aviation LLC and Wayne Schmitz, Defendants in the above entitled and numbered cause desires to appeal and file this notice of appeal of the court's December 8, 2017 final summary judgment order to either the 1st or 14th Court of Appeals.   This notice is filed within ninety (90) days of the Court's judgment after Defendant's Motion for New Trial was overruled by operation of law and is timely filed.

Respectfully submitted,

**KERR WILSON, P.C.**

/s/Thomas J. Kerr_____
Thomas J. Kerr
SBOT: 00786015
16800 Imperial Valley,
Suite 360
Houston, Texas  77060
281.260.6304
281.260.6467 Facsimile
tkerr@tkalaw.com

### CERTIFICATE OF SERVICE

I certify that a copy of the above document was served on opposing counsel by certified mail on the 2nd day of March 2018.

/s/Thomas J. Kerr_____

*SCHMITZ/Krachinski..NOA*                                                          *1*

Thomas J. Kerr